JOSHUA E. KIRSCH(179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California  94105
Telephone:    (415) 348-6000
Facsimile:    (415) 348-6001
Email:    jkirsch@gibsonrobb.com

Attorneys for Plaintiffs
STARR INDEMNITY & LIABILITY COMPANY,
as subrogee of, SKIVA INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, as subrogee of, SKIVA INTERNATIONAL, INC., a corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRIUMPH LINK (USA) INC., a corporation,<br><br>          Defendant. | Case No.: 3:13-cv-00365-MEJ<br><br>**REQUEST TO TRANSFER VENUE TO CENTRAL DISTRICT COURT OF CALIFORNIA; AND [PROPOSED] ORDER** |

Plaintiff STARR INDEMNITY & LIABILITY COMPANY, as subrogee of, SKIVA INTERNATIONAL, INC., hereby requests that this matter be transferred to the United States District Court, Central District of California.  Plaintiff's counsel erroneously filed this case in the Northern District of California; the proper venue is the Central District, as per the allegation in both the complaint and first amended complaint that defendant's place of business is in Torrance, CA, which is in the Central District.  No other parties have yet appeared.

Dated: February 12, 2013        Respectfully submitted,

                                GIBSON ROBB & LINDH LLP

                                 /s/ JOSHUA E. KIRSCH
                                Joshua E. Kirsch
                                Attorneys for Plaintiff
                                STARR INDEMNITY & LIABILITY COMPANY,
                                as subrogee of, SKIVA INTERNATIONAL, INC.

1
2    IT IS SO ORDERED.   The Clerk shall transfer this case forthwith to the Central District of California.
3
4   Dated:   February 12, 2013              _____
5                                              Hon. Maria-Elena James
                                            UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28